## Commonwealth, Appellant, *v.* Booth.

Argued June 11, 1968. *James D. Crawford*, Assistant District Attorney, with him *Michael M. Baylson*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and

*Arlen Specter,* District Attorney, for Commonwealth, appellant; *Laurence Randolph Watson, II,* for appellee.

Order affirmed.